IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**RONALD DAVID JONES,**

    **Plaintiff,**

vs.                                                                    Case No. 4:15cv61-RH/CAS

**MARVIN TRIBUE,**

    **Defendant.**

_____/


### ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, recently filed eighteen cases in this Court.[1] In this case, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983, doc. 1, a motion requesting leave to proceed in forma pauperis, doc. 3, and a motion requesting the appointment of counsel, doc. 4.

Plaintiff's in forma pauperis motion demonstrates he lives on "family owned" property, is currently unemployed, and is provided money to pay the utility bill. Doc. 3. Plaintiff did not fill out the financial affidavit completely because he did not provide any information about his most recent employer. Nevertheless, good cause has been

---

[1] The case numbers are: 4:15cv61; 4:15cv76; 4:15cv80; 4:15cv81; 4:15cv82; 4:15cv83; 4:15cv84; 4:15cv85; 4:15cv86; 4:15cv87; 4:15cv88; 4:15cv89; 4:15cv90; 4:15cv104; 4:15cv105, 4:15cv116, 4:15cv117, and 4:15cv119. In addition to those cases, Plaintiff also initiated case number 4:14cv332 in July of 2014.

shown and Plaintiff's in forma pauperis motion, doc. 3, is **Granted**. The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, doc. 1, has been reviewed and it is insufficient as filed. The complaint is not on court forms as is required by the local rules of this Court. N.D. Fla. Loc. R. 5.1(H). Nevertheless, there is no reason to require Plaintiff to submit an amended complaint because the factual allegations sufficiently demonstrate Plaintiff cannot present a viable claim against Defendant Tribue.

Plaintiff alleges that on January 26, 2015, a certified letter was received by Plaintiff's step-father at Plaintiff's home address from Marvin Tribue, the Code Enforcement Officer for the City of Quincy. Doc. 1 at 1. The letter advised that the property must be cleaned up within ten days. *Id.* Plaintiff states that he lives on that properly and it is also "the location of Holy Ghost Temple The Seat of The Holy Shost The Church Totally Dependent on Yahh God Yehovah The Black One and The Only One." *Id.* Tribue met with Plaintiff's step-father and said "he would work with him and" and give more time if necessary. *Id.* However, Plaintiff indicates that if the property is not sufficiently cleaned, it would be condemned and Plaintiff could be fined. *Id.*

Plaintiff also contends that someone keeps breaking into his wooden privacy fence, vandalizing his cars,[2] and "spraying some type of poison in [his] windows and air conditioner." *Id.* at 2. Plaintiff claims that after one of his dogs got out, a neighbor reported that Plaintiff's dog killed her cat and the City "came out and took [Plaintiff's] dog and refused to give him back." *Id.* Plaintiff also alleges that someone poisoned another

---

[2] In Plaintiff's financial affidavit, doc. 3, which is signed under penalty of perjury, Plaintiff stated that he did not own any automobiles. In the complaint, Plaintiff indicates he has at least three vehicles. Doc. 1 at 2.

Case No. 4:15cv61-RH/CAS

of Plaintiff's dogs "just last week." Doc. 1 at 2.  Plaintiff states that he reported all of these problems "to the authorities to no avail." *Id.*  Plaintiff indicates at some point, "someone decapitated a hog head and put it on a stump in front of Holy Ghost Temple" and "broke up everything . . . ." *Id.*

Plaintiff claims that the City of Quincy "sent a certified letter demanding that [Plaintiff] move off the lot or" he would be fined $300.00 per day. *Id.*  Plaintiff says his lot is not overgrown and he keeps the grass cut and leaves raked. *Id.*  Plaintiff alleges that receipt of the letter now has his "parents thinking that they are going to condemn the property and take it for themselves." *Id.*

The factual allegations do not reveal that Defendant Tribue has taken any action which has caused Plaintiff harm or violated his rights.  Plaintiff cannot present a constitutional claim for the loss of property because Plaintiff does not own the property. Plaintiff's claims are frivolous and this complaint should be dismissed with prejudice.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to proceed in forma pauperis, doc. 3, is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring payment of the filing fee for this case.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be

granted pursuant to 28 U.S.C. § 1915(e)(2) and that all motions which may be pending in this case be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on March 2, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**