IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                              CASE NO. 4:15cv61-RH/CAS

MARVIN TRIBUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted. The plaintiff's objections do not cast any doubt on the conclusion. And the plaintiff has neither asked for leave to amend nor suggested any viable theory that could be pursued through an amendment. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on December 15, 2015.

s/Robert L. Hinkle
United States District Judge
